**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ROMAN PERALES,

                Plaintiff,

     v.

SCOTT S. HARRIS, *in his official capacity as Clerk of the United States Supreme Court*, *et al.*,

                Defendants.

Case No. 25-cv-2032 (JMC)

---

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's motion for leave to file a surreply, ECF 19, is **DENIED**; it is further

**ORDERED** that Plaintiff's motion to extend the time to perfect service, ECF 12, is **DENIED**; and it is further

**ORDERED** that Defendants' motion to dismiss, ECF 9, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                           _____
                           JIA M. COBB
                           United States District Judge

Date: May 29, 2026